UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARTHA MASIELLO,

    Plaintiff,

vs.                                    CASE NO. 6:05-cv-1259-Orl-22JGG

THE BOEING COMPANY,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF FEDERAL CLAIMS**

Plaintiff, MARTHA MASIELLO, (hereinafter referred to as APlaintiff@), by and through her undersigned counsel, pursuant to this Court's Order dated March 3, 2006 (Doc. No. 18), and pursuant to the Federal Rules of Civil Procedure, hereby files this Notice voluntarily dismissing (with prejudice) her Age Discrimination in Employment Act federal claim (Count I) as contained in Plaintiff's Complaint and Demand for Jury Trial (Doc. No. 1). Additionally, and in the interests of promoting judicial economy, Plaintiff affirmatively represents that she will be re-filing her state-based claim (Count II) in the Circuit Court of the Eighteenth Judicial Circuit in and for Brevard County, Florida, consistent with this Court's Order of March 3, 2006.

Respectfully submitted this 8th day of March, 2006.

                                                **s/ Risa B. Katz_____**
                                                Jill S. Schwartz, Esquire
                                                Florida Bar No.: 523021
                                                Risa B. Katz, Esquire
                                                Florida Bar No.: 020151
                                                ***JILL S. SCHWARTZ & ASSOCIATES, P.A.***
                                                180 North Park Avenue, Suite 200
                                                Winter Park, Florida 32789
                                                Telephone: (407) 647-8911
                                                Facsimile: (407) 628-4994
                                                E-Mail: rkatz@schwartzlawfirm.net
                                                Attorneys for Plaintiff, MARTHA MASIELLO

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Defendant's counsel: Jeffrey E. Mandel, Esquire, Akerman Senterfitt, 420 South Orange Avenue, Suite 1200, Orlando, Florida 32801.

    **s/ Risa B. Katz**
Risa B. Katz, Esquire
Florida Bar No.: 020151
***JILL S. SCHWARTZ & ASSOCIATES, P.A.***
180 North Park Avenue, Suite 200
Winter Park, Florida 32789
Telephone:  (407) 647-8911
Facsimile:   (407) 628-4994
E-Mail:  rkatz@schwartzlawfirm.net
Attorneys for Plaintiff, MARTHA MASIELLO